```
_____X
                             :
BARNES,                      :
                             :    Civil Action
    Plaintiff,               :
                             :
        v.                   :    No. 01-cv-10395 NG
                             :
FLEET NATIONAL BANK,         :
                             :    Class Action
    Defendant.               :
                             :
_____X
```

## OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT

I received the notice of settlement in this matter, and object to two of its terms:

1) The proposed settlement requires me to declare under penalty of perjury not only that I had a BankBoston account and received a notice telling me that this account would become a Fleet account, but that I received that notice in March or April 2000. I cannot swear to this final point; I have no way of knowing when I received a notice from BankBoston about this issue. I keep pretty good records, but I certainly have not retained such a notice for over five years, and I would venture to guess that I am far from unique in this. I do not think it is fair to condition relief for class members on either such comprehensive recordkeeping or willingness to swear to something nobody can reasonably be expected to remember.

2) The proposed settlement states: "**YOU ARE NOT REQUIRED TO ATTEND** [the fairness hearing] **UNLESS YOU ARE FILING AN OBJECTION**." This implies that in order to make this objection, I must attend the fairness hearing in person. This is an unfair burden on my right to be heard on this matter.

Respectfully submitted,

*Margo Schlanger*

Margo Schlanger
25 Lenox Place
St. Louis, MO 63108
314-935-8242

## CERTIFICATE OF SERVICE

I certify that I sent a copy of the above **OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT** to counsel in this case, by U.S. Mail, on this 22nd day of August, 2005.

Yvonne W. Rosmarin
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02474

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St.
18th Floor
Chicago, IL 60603

Joseph L. Kociubes
Bingham, McCutchen LLP
150 Federal Street
Boston, MA 02110

*/s/ Marge Schlager*