UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DEBORAH J. BARNES** ) | |
|     **Plaintiff,** ) | |
| ) | |
|     v. ) | |
| ) | |
| **FLEETBOSTON FINANCIAL CORP.,** ) | **C.A. No. 01-10395-NG** |
| **and FLEET NATIONAL BANK, N.A.,** ) | |
|     **Defendants.** ) | |

**GERTNER, D.J.:**

### ORDER OF RECUSAL

The Court has resolved all matters in the above-captioned case except for one issue: the determination of the appropriate cy pres in the class action settlement (Settlement Agreement § 3, for which purposes this case shall be returned to the draw to be resolved by a different judge.

**SO ORDERED.**

**Dated:**     December 22, 2005         <u>/s/ NANCY GERTNER, U.S.D.J.</u>