UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **DEBORAH J. BARNES, individually** And for all others similarly situated, Plaintiff, v. **FLEET NATIONAL BANK and FLEETBOSTON FINANCIAL CORP.,** Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 01-CV-10395 RWZ Class Action |

## NOTICE OF APPEAL

Class Member and Objector Nancy Feldman hereby appeals this Court's December 22, 2005 Memorandum and Order Approving Class Action Settlement to the United States Court of Appeals for the First Circuit.

Dated:  January 13, 2006

Respectfully submitted,
Nancy Feldman,
By her attorney,

 /s/ *John J. Pentz*
John J. Pentz, Esq.
Class Action Fairness Group
2 Clock Tower Place, Suite 260G
Maynard, MA  01754
Phone: (978) 461-1548
Fax: (707) 276-2925

## **CERTIFICATE OF SERVICE**

  The undersigned counsel hereby certifies that on January 13, 2006 he served a true copy of the foregoing document by first class mail on each of the counsel listed below.

Yvonne W. Rosmarin, Esq.
58 Medford Street
Arlington, MA  02474

Daniel A. Edelman, Esq.
Edelman Combs Latturner & Goodwin LLC
120 S. LaSalle Street, 18th floor
Chicago, IL  60603

Joseph L. Kociubes, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110

                /s/ *John J. Pentz*
                John J. Pentz