**Yvonne W. Rosmarin**
Attorney at Law

58 Medford Street
Arlington, MA 02474

ConsumerProtection

February 2, 2006

Ms. Lisa Urso, Courtroom Clerk to
    the Honorable Rya W. Zobel
United States District Court
1 Courthouse Way - Suite 2300
Boston, MA 02210

                Re:    Deborah J. Barnes, *et al.* v. Fleet National Bank, *et al.*
                       No. 01-10395 RWZ

Dear Ms. Urso:

    I am one of the attorneys representing Plaintiff in *Barnes v. FleetBoston Financial Corp., et al.*. Currently pending before Judge Zobel for final approval is the remaining *cy pres* portion of the class action settlement, from which Judge Gertner recused herself in her December 22, 2005 order.

    Enclosed is a copy of the transcript of the final approval hearing held before Judge Gertner on November 16, 2005. We are inquiring, at this time, whether Judge Zobel will need any further briefing from the parties and whether she will want to hold a further hearing before making her decision on the issue of the *cy pres* provision of the settlement. We are hoping that this can be accomplished as soon as possible because, until proceedings in the District Court and appellate court are complete, none of the funds can be distributed to the class.

    Even though no final judgment has been entered, on January 13, 2006, an appeal was filed by Objector Nancy Feldman. The plaintiff anticipates that she will be filing a motion seeking that Objector Feldman obtain an appeal bond. Given Judge Gertner's long involvement with this case and her familiarity with its history, we also believe that Judge Gertner would be the most appropriate judge to assess such a motion. The plaintiff would also like to inquire as to whether there is any particular procedure she should follow in order to bring such a motion before Judge Gertner under the current electronic filing system, which currently routes all filings to Judge Zobel.

    Thank you for your time.

                                                               Sincerely,

                                                               Yvonne W. Rosmarin

Tel 781-648-4040 • Fax 781-643-6164 • YRosmarin@abanet.org

Also Admitted in Illinois and Colorado

Ms. Lisa Urso, Courtroom Clerk to
    the Honorable Rya W. Zobel
February 2, 2006
Page 2


cc:     Mr. Joseph Kociubes
        Ms. Alexander H. Burke
        Mr. Alan S. Kaplinsky
        Ms. Rheba Rutkowski
        Mr. Colman Herman
        Mr. John J. Pentz
        Eric P. Finamore
        David Miller