John J. Pentz, Esq.
2 Clock Tower Place, Suite 260G
Maynard, MA  01754
(978) 461-1548
fax# 707-276-2925
ClasAxn@earthlink.net

February 14, 2006

Ms. Lisa Urso, Courtroom Clerk
To the Hon. Rya W. Zobel
United States District Court
1 Courthouse Way-Suite 2300
Boston, MA  02210

Re:   Barnes v. Fleet, No. 01-10395

Dear Ms. Urso:

    In response to the February 2, 2006 letter of Yvonne W. Rosmarin that was filed in this case, on behalf of Nancy Feldman I oppose any transferal of this case back to Judge Gertner for any purpose, including for hearing an appeal bond motion. Indeed, for Judge Gertner to hear such a motion would be particularly objectionable, since one of the grounds for Ms. Feldman's appeal is that Judge Gertner should not have ruled on any aspect of the settlement.

    On the topic of a further hearing on the *cy pres* distribution, Objector Feldman strongly urges that a further hearing on that subject be conducted, for the reason that the objectors were not permitted to, and did not, address the subject of *cy pres* at the November 16, 2005 fairness hearing, for the very reason that Judge Gertner recused herself from that issue. Therefore, the transcript of that hearing which was enclosed with attorney Rosmarin's letter provides little guidance to the Court in deciding how to dispose of any leftover settlement funds.

Sincerely,

John Pentz

cc.    Yvonne Rosmarin, Esq.
       Joseph Kociubes, Esq.
       David Miller, Esq.
       Eric Finamore, Esq.
       Colman Herman