UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **DEBORAH J. BARNES, individually** And for all others similarly situated, Plaintiff, v. **FLEET NATIONAL BANK and FLEETBOSTON FINANCIAL CORP.,** Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 01-CV-10395 RWZ Class Action |

## NOTICE OF APPEAL

Class Member and Objector Nancy Feldman hereby appeals this Court's June 14, 2006 Final Judgment And Order of Dismissal to the United States Court of Appeals for the First Circuit.

Dated:  July 14, 2006

Respectfully submitted,
Nancy Feldman,
By her attorney,

 /s/ *John J. Pentz*
John J. Pentz, Esq.
Class Action Fairness Group
2 Clock Tower Place, Suite 260G
Maynard, MA  01754
Phone: (978) 461-1548
Fax: (707) 276-2925

2

**CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies that the foregoing document was served via the CM/ECF electronic delivery system to counsel listed therein for service on July 14, 2006.


/s/ *John J. Pentz*
John J. Pentz