## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH J. BARNES, on behalf of herself and all others similarly situated,<br>  Plaintiff,<br><br>  v.<br><br>FLEET NATIONAL BANK, N.A.,<br>  Defendant. | )<br>)<br>)<br>)<br>)     01-10395  NG<br>)     Judge Gertner<br>)<br>)<br>) |

### MOTION TO REQUIRE OBJECTOR FELDMAN TO POST APPEAL BOND

Plaintiff Deborah J. Barnes, on behalf of herself and all class members, moves this Court, pursuant to Fed. R. App. P. 7, to require objector Nancy Feldman ("Feldman") to post an appeal bond. In support of this motion Plaintiff states as follows:

1.  Objector Feldman has filed a second notice of appeal of this Court's June 14, 2006 Final Judgment approving the parties' settlement in this class action. Feldman's first appeal was dismissed as premature.

2.  The proposed appeal will damage the class members who returned claim forms by delaying their settlement funds.

3.  Any possible basis for this appeal is frivolous.

4.  A bond in the amount of at least $675,111.60 is necessary to cover interest damages for delay in the use of the money from the judgment as well as attorney's fees and costs for this appeal.

WHEREFORE, Plaintiff prays that this Court enter an order requiring objector Nancy Feldman to post an appeal bond in the amount of $675,111.60.

Respectfully submitted,

/s/ Yvonne W. Rosmarin
Yvonne W. Rosmarin   BBO # 566428
Attorney for Plaintiff
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02474
781-648-4040

Alexander H. Burke
Cathleen M. Combs
Daniel A. Edelman
Edelman, Combs & Latturner, LLC
120 S. LaSalle Street., 18th Flr.
Chicago, Illinois 60603
312-739-4200