# United States Court of Appeals
## For the First Circuit

01-10395 Massachusetts (B)
N. Gertner

No.   06-2141

DEBORAH J. BARNES

Plaintiff

v.

FLEET NATIONAL BANK; FLEETBOSTON FINANCIA;

Defendants - Appellees

-------------------------------------------

NANCY FELDMAN

Appellant

### JUDGMENT

Entered: August 31, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of stipulation,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

:fied and Issued as Mandate
:r Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

[signature]
Deputy Clerk
Date: 8-31-06

By the Court:
Richard Cushing Donovan, Clerk

By:   **LYNNE ALIX MORRISON**
Appeals Attorney

01-10395

[cc: Yvonne W. Rosmarin, Esq., Cathleen M. combs, Esq., Daniel A. Edelman, Esq., Alexander H. Burke, Esq., Alan S. Kaplinsky, Esq., Rheba Rutkowski, Esq., Joseph L. Kociubees, Esq., John J. Pentz, Esq.]