# United States Court of Appeals
## For the First Circuit

*[handwritten: 01-10395 Massachusetts (B) N. Gertner]*

No.   06-2141

DEBORAH J. BARNES

Plaintiff

v.

FLEET NATIONAL BANK; FLEETBOSTON FINANCIA;

Defendants - Appellees

-------------------------------------------

NANCY FELDMAN

Appellant

---

### JUDGMENT

Entered: August 31, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of stipulation,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

*[stamp: fled and Issued as Mandate er Fed. R. App. R 41. Richard Cushing Donovan, Clerk  Deputy Clerk  Date: 8-31-06]*

By the Court:
Richard Cushing Donovan, Clerk

By:   **LYNNE ALIX MORRISON**
Appeals Attorney

[cc: Yvonne W. Rosmarin, Esq., Cathleen M. combs, Esq., Daniel A. Edelman, Esq., Alexander H. Burke, Esq., Alan S. Kaplinsky, Esq., Rheba Rutkowski, Esq., Joseph L. Kociubees, Esq., John J. Pentz, Esq.]