John J. Pentz, Esq.
2 Clock Tower Place, Suite 260G
Maynard, MA 01754
(978) 461-1548
fax# 707-276-2925
ClasAxn@earthlink.net

August 31, 2006

The Honorable Nancy Gertner
United States District Court
For the District of Massachusetts
1 Courthouse Way, Suite 4130
Boston, MA 02210

Re:  Barnes v. Fleet, 01 CV 10395

Dear Judge Gertner:

    While normally I would raise the matter addressed in this letter by way of a motion for reconsideration, because this Court's Amended Memorandum and Order Re: Motion to Require Objector Feldman to Post Appeal Bond ("Bond Order") has been mooted by the parties' dismissal of the appeal, I am raising this matter by letter.

    The Bond Order incorrectly characterizes my client Nancy Feldman as a "repeat" and "professional" objector. Nancy Feldman has filed only one objection to a class action settlement before this case, in July 2000. She has never received any money as a result of a class action objection. The mischaracterization appears to be a result of the Court's mistaken belief that Nancy Feldman filed an objection in the Relafen case (noted at p. 4 of the Bond Order). In the Relafen case, I represented a Florida resident named Jacqueline Pio, who is no relation to Nancy Feldman or to me. Nancy Feldman was neither an objector nor a class member in Relafen. There is no suggestion in the record that Nancy Feldman was an objector in Relafen or any other case prior to this one, nor did class counsel allege that.

    I therefore request that the Court amend the Bond Order to delete the characterization of Nancy Feldman as a repeat or professional objector, and to reflect that she did not file an objection in the Relafen case. Thank you.

Sincerely,

John Pentz

cc.   Cathleen M. Combs, Esq.
       Joseph L. Kociubes, Esq.